**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Appellant,

v.

Blake Thomas Jenkinson, Respondent.

Appellate Case No. 2015-000252

Appeal From Richland County
J. Ernest Kinard, Jr., Circuit Court Judge

Unpublished Opinion No. 2016-UP-432
Submitted September 1, 2016 – Filed October 19, 2016

**AFFIRMED**

Solicitor Daniel Edward Johnson and Assistant Solicitor
Kristen Ann Bales, both of Columbia, for Appellant.

S. Jahue Moore Jr., of Moore Taylor Law Firm, P.A., of
West Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Branham*, 392 S.C. 225, 228, 708 S.E.2d 806, 808 (Ct. App. 2011) ("In a criminal appeal from the magistrate's court, the circuit court does not review the matter de novo."); *id.* ("The appeal must be heard by the circuit court

upon the grounds of exceptions made and the record on appeal, without the examination of witnesses."); *id.* ("The appellate court's review in criminal cases is limited to correcting the order of the circuit court for errors of law."); *State v. Oxner*, 391 S.C. 132, 134, 705 S.E.2d 51, 51 (2011) ("[Section 18–3–10 of the South Carolina Code (2014)] . . . provides that criminal appeals from magistrate's court are made to the Court of Common Pleas."); *id.* at 134, 705 S.E.2d at 51-52 ("Further, under the [South Carolina Rules of Civil Procedure], these appellate 'proceedings in the circuit court shall be in accordance with [the SCRCP].'" (alteration in original) (*quoting* Rule 74, SCRCP)); *Elam v. S.C. Dep't of Transp.*, 361 S.C. 9, 24, 602 S.E.2d 772, 780 (2004) ("A party *must* file [a Rule 59(e), SCRCP] motion when an issue or argument has been raised, but not ruled on, in order to preserve it for appellate review."); *Taylor v. Taylor*, 294 S.C. 296, 299, 363 S.E.2d 909, 911 (Ct. App. 1987) ("The burden is on the appellant to furnish a sufficient record on appeal from which this court can make an intelligent review.").

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.